1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   KEVIN E. FIELDS,                          1:10-cv-01700-GSA (PC)

10          Plaintiff,                        ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
11      vs.                                   OR PAY FILING FEE WITHIN 45 DAYS

12  P. PATTERSON, et al.,

13          Defendants.
    _____/

14

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16  1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17  pauperis pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21  the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

22  **showing of good cause.**  Within sixty (60) days of the date of service of this order, plaintiff shall

23  submit a certified copy of his/her prison trust statement for the six month period immediately

24  preceding the filing of the complaint.

25          **Failure to comply with this order will result in dismissal of this action.**

26          IT IS SO ORDERED.

27      **Dated:    September 23, 2010                    /s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
28