# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FIELDS,<br><br>      Plaintiff,<br><br>vs.<br><br>C/O PATTERSON, ET AL.,<br><br>      Defendant. | Case No. 1:10 cv 01700 LJO GSA PC<br><br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 15, 2013, an order was entered, addressing the deficiencies of the operative pleading and granting Plaintiff leave to file an amended complaint within thirty days. Plaintiff failed to do so, and on May 29, 2013, findings and recommendations were entered, recommending dismissal of this action. On May 31, 2013, Plaintiff filed an amended complaint on which this action now proceeds.

Accordingly, IT IS HEREBY ORDERED that the May 29, 2013, findings and recommendations are vacated.

1

IT IS SO ORDERED.

Dated: **June 7, 2013**          /s/
**Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE