UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>P. PATTERSON, et al.,<br><br>　　　　　Defendants. | 1:10-cv-01700-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ON THE FIRST AMENDED COMPLAINT AGAINST DEFENDANT C/O PATTERSON FOR USE OF EXCESSIVE FORCE; AGAINST DEFENDANTS C/O PATTERSON AND SGT. MOLINA FOR RETALIATION; AND AGAINST DEFENDANTS SGT. MOLINA AND LT. FINLEY, FOR FAILURE TO COMPLY WITH STATE LAW; AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED FROM THIS ACTION<br> (Doc. 16.)<br><br>OBJECTIONS, IF ANY, DUE WITHIN **TWENTY DAYS** |

　　　　Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 17, 2010.  (Doc. 1.)  The case now proceeds on the First Amended Complaint filed by Plaintiff on May 31, 2013.  (Doc. 16.)  The First Amended Complaint names Correctional Officer (C/O) Patterson, Sergeant (Sgt.) Molina, and Lieutenant (Lt.) Finley, as defendants.

　　　　The court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims under § 1983 against defendant C/O Patterson for use of excessive force; against defendants C/O Patterson and Sgt. Molina for retaliation; and against

1

defendants Sgt. Molina and Lt. Finley for failure to comply with state law. On February 5, 2014, the court entered an order requiring Plaintiff to either file a Second Amended Complaint or notify the court of his willingness to proceed only on the claims found cognizable by the court. (Doc. 21.) On February 18, 2014, Plaintiff filed a notice informing the court that he is willing to proceed only on the claims found cognizable by the court. (Doc. 22.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed with the First Amended Complaint filed on May 31, 2013, against defendant C/O Patterson for use of excessive force; against defendants C/O Patterson and Sgt. Molina for retaliation; and against defendants Sgt. Molina and Lt. Finley, for failure to comply with state law;

2. All remaining claims and defendants be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **twenty (20) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **February 21, 2014**                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE