# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEVIN E. FIELDS,

             Plaintiff,

    vs.

P. PATTERSON, et al.,

             Defendants.

1:10-cv-01700-LJO-GSA-PC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS
(ECF No. 63.)

ORDER GRANTING DEFENDANT PATTERSON'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR FAILURE TO EXHAUST
(ECF No. 35.)

ORDER DISMISSING CLAIM AGAINST DEFENDANT PATTERSON FOR SLAMMING PLAINTIFF INTO A "BAR BOX," WITH PREJUDICE

Kevin E. Fields ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 19, 2015, findings and recommendations were entered, recommending that defendant Patterson's motion for partial summary judgment for failure to exhaust be granted. (ECF No. 63.)  The parties were allowed thirty days in which to file objections to the findings and recommendations.  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

1

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.   The Findings and Recommendations issued by the Magistrate Judge on June 19, 2015 are ADOPTED IN FULL; and

2.   Defendant Patterson's motion for partial summary judgment for failure to exhaust, filed on September 10, 2014, is GRANTED;

3.   Plaintiff's claim against defendant Patterson for slamming Plaintiff into a "bar box," is dismissed with prejudice, for Plaintiff's failure to exhaust administrative remedies before filing suit;

4.   This case now proceeds only on Plaintiff's claim for use of excessive force against defendant Patterson for applying Plaintiff's handcuff too tight; and

5.   This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 1, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE