# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>      Plaintiff,<br><br>    vs.<br><br>P. PATTERSON, et al.,<br><br>      Defendants. | 1:10-cv-01700-LJO-GSA-PC<br><br>ORDER GRANTING REQUEST<br>(ECF No. 73.)<br><br>ORDER DIRECTING CLERK TO SEND<br>PLAINTIFF A COPY OF LOCAL RULE 151 |

       Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 17, 2010.  (Doc. 1.)  This action now proceeds with the First Amended Complaint filed on May 31, 2013, against defendant Correctional Officer P. Patterson ("Defendant") for use of excessive force in violation of the Eighth Amendment.[1]  (Doc. 16.)

       On September 8, 2015, Plaintiff filed a request for the court to provide him with a revised copy of the Local Rules of the court.  (ECF No. 73.)  Plaintiff explains that he requires a copy of Local Rule 151(b) in order to prepare an opposition to Defendants' pending motion

---

[1] On February 12, 2015, the court dismissed Plaintiff's state law claims against defendants Molina and Finley and retaliation claims against defendants Patterson and Molina, on Plaintiff's Rule 41 motion to dismiss.  (Doc. 51.)  The court also dismissed defendants Molina and Finley from this action, based on the dismissal of all of the claims against them.  (Id.)  Previously, on March 12, 2014, the Court dismissed all other claims and defendants from this action, under Rule 18(a) or for Plaintiff's failure to state a claim. (Doc. 24.)

for an order requiring security from vexatious litigant.  Plaintiff seeks a complete copy of the revised Local Rules.

The court no longer provides paper copies of the complete set of Local Rules to litigants, because the Local Rules are now available online via the court's website.[2]  However, the court finds good cause to provide Plaintiff with a copy of Local Rule 151 to assist him with litigation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request, filed on September 8, 2015, is GRANTED; and
2. The Clerk of Court is DIRECTED to send Plaintiff a copy of Local Rule 151.

IT IS SO ORDERED.

Dated:    **September 10, 2015**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The current set of Local Rules was effective on January 1, 2015.