# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>            Plaintiff,<br><br>     vs.<br><br>P. PATTERSON, et al.,<br><br>            Defendants. | 1:10-cv-01700-LJO-GSA-PC<br><br>ORDER GRANTING REQUEST<br>(ECF No. 75.)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COURTESY COPY OF THE DOCKET SHEET FOR THIS CASE |

Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 17, 2010. (Doc. 1.) This action now proceeds with the First Amended Complaint filed on May 31, 2013, against defendant Correctional Officer P. Patterson ("Defendant") for use of excessive force in violation of the Eighth Amendment.[1] (Doc. 16.)

On September 30, 2015, Plaintiff filed a request for the court to provide him with a courtesy copy of the docket sheet for this case. Plaintiff has shown good cause for his request to be granted.

---

[1] On February 12, 2015, the court dismissed Plaintiff's state law claims against defendants Molina and Finley and retaliation claims against defendants Patterson and Molina, on Plaintiff's Rule 41 motion to dismiss. (Doc. 51.) The court also dismissed defendants Molina and Finley from this action, based on the dismissal of all of the claims against them. (Id.) Previously, on March 12, 2014, the Court dismissed all other claims and defendants from this action, under Rule 18(a) or for Plaintiff's failure to state a claim. (Doc. 24.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request, filed on September 30, 2015, is GRANTED; and
2. The Clerk of Court is DIRECTED to send Plaintiff a courtesy copy of the Docket Sheet for this case.

IT IS SO ORDERED.

Dated: __October 2, 2015__                        __/s/ Gary S. Austin__
                                                                    UNITED STATES MAGISTRATE JUDGE