UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>        Plaintiff,<br><br>   vs.<br><br>P. PATTERSON, et al.,<br><br>        Defendants. | 1:10-cv-01700-LJO-EPG-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br>(ECF No. 82.) |

**I.    BACKGROUND**

     Kevin E. Fields ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with the First Amended Complaint filed on May 31, 2013, against defendant Correctional Officer P. Patterson ("Defendant") for use of excessive force in violation of the Eighth Amendment. (ECF No. 16.)

     On November 12, 2015, Plaintiff filed a motion to stay this action. (ECF No. 82.)

**II.    MOTION FOR STAY**

     Plaintiff requests the Court to stay this action because he is scheduled to be transferred to another prison and will lack access to his personal and legal property for up to ninety days. The Court does not lightly stay litigation, due to the possibility of prejudice to defendants, and here, a stay of the proceedings is not Plaintiff's only remedy.

1

Plaintiff's only pending Court deadlines in this case are to file responses to Defendant's motion for summary judgment of August 7, 2015, and Defendant's motion for an order requiring security from vexatious litigant of August 13, 2015. The Court issued orders on October 16, 2015 and November 13, 2015, granting Plaintiff granted extensions of time to file these responses, and the deadlines have not expired. (ECF Nos. 79, 81.) If Plaintiff requires additional time to meet these deadlines, he should file a motion for extension of time before the expiration of the deadlines. The Court regularly grants extensions of time for good cause.

**III.    CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for stay, filed on November 12, 2015, is DENIED.

IT IS SO ORDERED.

  Dated:   **November 16, 2015**          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE