# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>      Plaintiff,<br><br>   vs.<br><br>P. PATTERSON, et al.,<br><br>      Defendants. | 1:10-cv-01700-LJO-EPG-PC<br><br>ORDER FOR DEFENDANT PATTERSON TO FILE A RESPONSE TO PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME WITHIN TWENTY DAYS<br>(ECF Nos. 88, 89.)<br><br>ORDER DIRECTING CLERK TO SEND COPY OF THIS ORDER TO LITIGATION COORDINATOR |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2016, Plaintiff filed motions for extension of time to file oppositions to Defendant Patterson's motion for summary judgment, and Defendant Patterson's motion for an order requiring security from a vexatious litigant.[1] (ECF Nos. 88, 89.) Plaintiff asserts that on December 29, 2015, he was transferred from the security housing unit to the administrative segregation unit at CSP-Corcoran, and all of his personal and legal property was confiscated and will not be returned to him until the property officers inspect his property for contraband.

---

[1] On August 7, 2015, Defendant Patterson filed a motion for summary judgment. (ECF No. 67.) On August 13, 2015, Defendant Patterson filed a motion for an order requiring security from vexatious litigant. (ECF No. 68.)

Plaintiff also asserts that he lacks sufficient paper, envelopes, and ink to file the oppositions by the established deadline, despite having already requested the same from prison officials.

Plaintiff's oppositions to Defendant's motions were initially due on September 10, 2015 and September 17, 2015.  These are Plaintiff's fifth motions for extension of time to file the two oppositions, based on Plaintiff's assertions that he lacks access to his property, the law library, and writing supplies.  The Court is inclined to grant Plaintiff's motions, but needs to hear from Defendant before determining the length of time for the extensions.  The Court also seeks Defendant's response to Plaintiff's reasons for the requested extension.  Therefore, Defendant shall be required to respond to Plaintiff's motions within twenty days.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of service of this order, Defendant Patterson shall file a response to Plaintiff's motions for extension of time filed on January 4, 2016, as discussed by this order; and

2. The Clerk of Court is directed to send a copy of this order to the Litigation Coordinator at Corcoran State Prison, either by mail at P.O. Box 8800, Corcoran, CA 93212-8309, or by electronic service.

IT IS SO ORDERED.

Dated:   **January 6, 2016**              /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE