UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>P. PATTERSON, et al.,<br><br>　　　　Defendants. | 1:10-cv-01700-LJO-EPG-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 110.)<br><br>ORDER GRANTING DEFENDANT PATTERSON'S MOTION FOR AN ORDER REQUIRING SECURITY FROM A VEXATIOUS LITIGANT<br>(ECF No. 68.)<br><br>ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT<br><br>ORDER REQUIRING PLAINTIFF TO POST SECURITY IN THE AMOUNT OF $7,905.00 WITHIN THIRTY DAYS<br><br>THIRTY DAY DEADLINE |

　　　　Kevin E. Fields ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 24, 2016, findings and recommendations were entered, recommending that defendant Patterson's motion for an order requiring security from a vexatious litigant be

granted.  (ECF No. 110.)  The parties were allowed thirty days in which to file objections to the findings and recommendations.  Plaintiff requested and was granted two extensions of time to file objections.  (ECF Nos. 111, 112, 114, 115.)  On August 3, 2016, Plaintiff filed a third motion for extension of time to file objections, which was denied by the Court on August 16, 2016. (ECF No. 116, 118.)  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 24, 2016 are ADOPTED IN FULL;
2. Defendant Patterson's motion for an order requiring security from a vexatious litigant, filed on August 13, 2015, is GRANTED;
3. Plaintiff is declared a vexatious litigant;
4. Within thirty days from the date of service of this order, Plaintiff is required to post security in the amount of $7,905.00;
5. If Plaintiff fails to post security in the amount of $7,905.00 within thirty days, this case shall be dismissed without further notice; and
6. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 18, 2016**               **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE