UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>             Plaintiff,<br><br>     v.<br><br>P. PATTERSON, et al.,<br><br>             Defendants. | 1:10-cv-01700-LJO-EPG (PC)<br><br>ORDER DENYING THIRD MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 116.) |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2016, Plaintiff filed a third motion for extension of time to file objections to the findings and recommendations entered on March 24, 2016. (ECF No. 116.) On August 9, 2016, Defendant Patterson filed an opposition to the motion. (ECF No. 117.)

Plaintiff acknowledges that the Court advised him in the June 24, 2016 order that no further extensions of time would be granted. (ECF No. 115 at 1:22.) Nonetheless, Plaintiff argues that he was unable to meet the Court's deadline because of delays at the prison out of his control. Plaintiff reports that Facility 3A was on lockdown and he was unable to access the law library. Plaintiff also claims that the prison did not supply him with envelopes or writing paper,

1

and that his prescription medications cause him to suffer side effects.

Defendant argues that Plaintiff has not acted diligently in preparing and filing his objections. Defendant states that Plaintiff has had over four months to gather writing materials and prepare his objections, and Plaintiff has instead spent his time pursuing another new lawsuit.

Plaintiff has not shown good cause to be granted a third extension of time. Nearly four months have passed since the Court entered the findings and recommendations, which is ample time to prepare and file objections. Plaintiff's motion for extension of time is untimely, and Plaintiff has not explained why he requires access to the law library to prepare objections. Moreover, Plaintiff claims that he does not have paper or envelopes, yet he was able to prepare and file a seven-page motion for extension of time.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time, filed on August 3, 2016, is DENIED.

IT IS SO ORDERED.

Dated:   **August 18, 2016**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2