1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN E. FIELDS,                          1:10-cv-01700-LJO-EPG-PC

12                  Plaintiff,                    ORDER VACATING MOTION FOR
                                                  SUMMARY JUDGMENT FROM COURT'S
13          vs.                                   CALENDAR
                                                  (ECF No. 67.)
14    P. PATTERSON, et al.,

15                  Defendants.

16

17          Kevin Fields ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

18    with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 7, 2015, Defendant

19    Patterson filed a motion for summary judgment.  (ECF No. 67.)  On March 24, 2016, the Court

20    stayed the motion for summary judgment under Local Rule 151, pending resolution of

21    Defendant's motion for an order requiring security, filed on February 2, 2016.[1]  (ECF No. 110.)

22          On August 18, 2016, Plaintiff's motion for an order requiring security was granted, and

23    Plaintiff was granted thirty days in which to post security in the amount of $7,905.00.  (ECF

24    No. 119.) The motion for summary judgment remains stayed until ten days after the security

25    has been posted and Defendant has been given written notice thereof.  Under this schedule, the

26    _____

27          [1] The Court ordered that "Defendant's obligation to reply to Plaintiff's opposition to summary
      judgment be stayed until ten days after the required security has been posted and Defendant has been given written
28    notice thereof, or from the date the District Court declines to adopt these findings and recommendations."  (ECF
      No. 110 at 21:9-12.)

1

motion for summary judgment shall not be ripe for ruling under Local Rule 230(*l*) until sometime after September 30, 2016.

In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, the hearing on the motion and the motion itself for summary judgment is HEREBY DEEMED VACATED from the Court's calendar until such time as the motion for order requiring security is resolved.

IT IS SO ORDERED.

Dated:   **August 19, 2016**        _____/s/ Erica P. Grosjean_____

UNITED STATES MAGISTRATE JUDGE

2