# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS (VEXATIOUS LITIGANT),<br><br>        Plaintiff,<br><br>   v.<br><br>P. PATTERSON, et al.,<br><br>        Defendants. | 1:10-cv-01700-LJO-EPG (PC)<br><br>ORDER DISMISSING CASE<br>(ECF NO. 119) |

      Kevin E. Fields ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 18, 2016, District Judge Lawrence J. O'Niell entered an order adopting Magistrate Judge Erica P. Grosjean's Findings and Recommendations in full.  (ECF No. 119). The order gave Plaintiff thirty days from the date of the service of the order to post security in the amount of $7,905.  The order further stated that if Plaintiff failed to post the security the case would be dismissed without further notice.

      The thirty day period has expired and Plaintiff has failed to post the security. Accordingly, IT IS ORDERED that the case is DISMISSED.

IT IS SO ORDERED.

   Dated:  **September 30, 2016**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE